**STATEMENT OF FACTS**

On Saturday, April 18, 2020, at approximately 4:59 p.m., members of the Metropolitan Police Department (MPD) Sixth District received a radio run for a person with a weapon at 3932 Minnesota Avenue Northeast in Washington, D.C. Upon arrival, Officer Hiligh and Officer Marker were met by Special Police Officer (SPO) Philson. SPO Philson had an individual, later identified as Kevin Johnson (Defendant Johnson) detained.

SPO Philson stated that while working inside of the Dollar Tree store, he was told by a citizen that there was an individual outside on the sidewalk brandishing a handgun in the air. SPO Philson told his dispatcher to request MPD assistance and approached Defendant Johnson on the sidewalk outside the store and detained him. After MPD officers arrived to assist, SPO Philson conducted a pat down of Defendant Johnson and felt a metal object in his waistband that was not consistent with human anatomy. SPO Philson removed a firearm from the waistband of Defendant Johnson in the presence of MPD officers. SPO Philson then handed the firearm to MPD Officer Hiligh. Officer Hiligh cleared the firearm and ensured that it was safe until it was recovered on scene by members of the D.C. Department of Forensic Sciences (DFS) to be processed by DFS. Defendant Johnson was placed under arrest.

The firearm that was recovered from Defendant Johnson's waistband was determined to be a Diamondback Arms Inc., .9mm semiautomatic handgun with an obliterated serial number. When it was recovered, it was loaded with one (1) round in the chamber and five (5) rounds in an unknown capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

A criminal history check of Defendant Johnson through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for Attempted Robbery in the Superior Court for the District of Columbia, docket number 2005 FEL 003140. The defendant was sentenced to 18 months of incarceration for this offense. The NCIC check also confirmed that the defendant has a prior felony conviction for Unlawful Possession of a Firearm in the Superior Court for the District of Columbia, docket number 2007 CF2 017770. The defendant was sentenced to 36 months of incarceration for this offense. Therefore, the defendant was aware at the time of his arrest in this case that he had two prior convictions for crimes punishable by more than one year.

Officer Hiligh was the responding officer for the call for service to assist the SPO and the arresting officer of Defendant Johnson.

_____
OFFICER BIJON HILIGH
METROPOLITAN POLICE DEPARTMENT

*Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on April 20, 2020.*

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE